CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/05)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| WAYCROSS DIVISION/11JJ | RAMIRO TRUJILLO GONZALES | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| | CR507-20 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE (See Instructions) |
| USA VS. GONZALEZ, FLORES, GARCIA | X Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | X Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | | CRIMINAL CASE |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 USC 922(g)(5) ILLEGAL ALIEN IN POSSESSION OF FIREARM

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
PENDING MOTIONS HEARING

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
PRELIMINARY EXAMINATION HEARING HELD ON 10-18-2007

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned ____ % of transcript with (Give case name and defendant)

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☒ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed] Date: 11/27/07

THOMAS ELLISON HATFIELD
Printed Name
Telephone Number: 912-283-3820
X Panel Attorney   ☐ Retained Attorney   ☐ Pro Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court: [signed]
JAMES E. GRAHAM — U.S. MAGISTRATE JUDGE
Date of Order — Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
X Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
O. Jean Mobley
801 Gloucester Street, Suite 207
Brunswick, GA 31520
Telephone Number: 912 280 1348

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
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

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | 1-41 | 41 | .05 | 2.05 | | 2.05 |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | 2.05 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: O. Jean Mobley   Date: 1-2-08

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.
[signed]   Date: 1/2/08
Signature of Attorney or Clerk

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT: [signed]   Date: 1-2-08
Signature of Judge or Clerk of Court

24. AMOUNT APPROVED: $2.05