IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,  )
                           )
v.                         )
                           )
RAMIRO TRUJILLO GONZALES,  )   CASE NO. CR507-20
a/k/a Oscar Palacious, MANUEL )
FLORES, and HECTOR FERNANDEZ )
GARCIA,                    )
                           )
     Defendant.            )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. The Government has filed a Motion for Reconsideration (Doc. 56), which the Court construes as an Objection to the Report and Recommendation.

Defendants are charged with being illegal aliens in possession of firearms, in violation of 18 U.S.C. § 922(g)(5). The Government objects to the Magistrate Judge's recommendation that the Court should suppress Defendant Gonzales's statements regarding his immigration status. The parties have stipulated that Gonzales made the statements to an immigration agent in a conversation that occurred while he was in custody and before he was advised of his Miranda rights.

The Government argues that a request for identification by immigration authorities does not amount to information protected by the Fourth Amendment. This is true in situations where an individual has been detained on charges unrelated to his immigration status. See United States v. Rodriguez, 356 F.3d 254, 258-60 (2nd Cir. 2004)("At the time of the interview [regarding his immigration status], the defendant had not yet committed an offense to which his citizenship or nationality would be relevant.") In this case, however, Gonzales's immigration status is an element of the crime with which he has been charged. For this reason, the statements regarding his immigration status are protected by the Fourth Amendment.

The Court also concurs with the Magistrate Judge that the evidence discovered as a result of the traffic stop should not be suppressed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, and the Government's Objection is **DENIED**.

SO ORDERED this 4th day of April, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA